UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| TWIN PEAKS DISTRIBUTING, INC., :<br>:<br>Plaintiff, :<br>:<br>v. :<br>:<br>NEW EDGE INTERNATIONAL, :<br>LLC et al., :<br>:<br>Defendants. : | Civil Action No. 14-1290 (SRC)<br><br>**ORDER** |

**CHESLER**, **U.S.D.J.**

This matter comes before the Court on Plaintiff's motion for default judgment and the cross-motion by Defendants New Edge International, LLC and Artem Ionitsa (collectively, "Defendants") to dismiss the Complaint and to vacate the entry of default. The Court held oral argument on August 2, 2014. For the reasons stated on the record of oral argument on August 2, 2014,

**IT IS** on this 3rd day of September, 2014,

**ORDERED** that Plaintiff's motion for default judgment (Docket Entry No. 10) is **DENIED**; and it is further

**ORDERED** that Defendants' motion (Docket Entry No. 13) is **DENIED** in part and **GRANTED** in part; and it is further

**ORDERED** that Defendant's motion to dismiss the Complaint is **DENIED**; and it is further

**ORDERED** that Defendants' motion to vacate the entry of default is **GRANTED**, and the entry of default entered on May 30, 2014 against Defendants New Edge International, LLC

and Artem Ionitsa is hereby **VACATED**; and it is further

**ORDERED** that Defendant's motion for sanctions and fees is **DENIED**; and it is further

**ORDERED** that Defendant shall filed a responsive pleading by September 16, 2014.


                                                                                            s/ Stanley R. Chesler  
                                                                                         Stanley R. Chesler, U.S.D.J.